# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Plaintiff

v.

Wesley Eugene Brooks

Defendant

**NOTICE OF APPEARANCE**

Case No: 00-68(1) (ADM/AJB)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that F. Clayton Tyler shall appear as counsel of record for Defendant Wesley Eugene Brooks in this case.

Dated: November 9, 2004

s/ F. Clayton Tyler___________________
F. Clayton Tyler