# EXHIBIT G

# MINNESOTA
# DEPARTMENT OF PUBLIC SAFETY
# STATE PATROL EAST METRO DISTRICT
# TROOPERS REPORT

**DISTRICT:** 2400 **COUNTY:** Dakota **CASE NUMBER:** (2400)-99415874
(2100)-99105448
(BPD) - 99022206

**INCIDENT TYPE:** **Felony Complaint, weapons/narcotics**

**DATE:** 11-24-99 **TIME:** 1530 **LOCATION:** 35E/CR42 Burnsville, MN

**SUBJECT:** Wesley Eugene Brooks **DOB:** 11-01-72
**ADDRESS:** unknown (has been running from the law for a year)
**PHONE:**

**VEHICLE**
**MAKE:** Buick **MODEL:** Riveria **YEAR:** 93
**OWNER:** Rochelle Marie Johnson-Brooks

**WITNESSES:**

| Burnsville Officers | Minnesota State Troopers | Steele County Sheriff Deputies |
|---|---|---|
| Officer Greg Enos | Cpl. Paul Hayes | Hendrickson |
| Officer Leslie Perry | Trp. Daffenbach (2100) | Todd Schwanke |
| Officer Jerry Hutchinson | Sgt. Denny Schmidke (2100) | YoungQuist |
| | Sgt. Matt Sokol | |
| | Trp. Travis Boetel | |

On the above date and approximate time, I heard Burnsville Police Department asking for help in a pursuit. They believed they were in pursuit of the above listed **Wesley Eugene Brooks.** Brooks is a wanted dangerous armed felon. Burnsville advised us that Brooks was wanted on four felony warrants including 2nd degree assault. In addition, Burnsville Officer Greg Enos had observed Brooks holding a black object in his right hand thought he thought may be a handgun as Brooks fled past him.

The State Patrol entered the pursuit with the understanding that Brooks was a fleeing dangerous felon and that he was possibly armed. I was aware that Brooks had previously been convicted of a drive-by shooting in the City of Burnsville. Officer Enos asked me to become the primary vehicle in the pursuit after they had entered the interstate, as he was driving a 4-wheel drive vehicle not adequately equipped for pursuits.

I first noticed the fleeing vehicle as it traveled northbound on Hwy. 77 from Cliff Ave. My intention was to utilize my stop sticks near Diffley Rd. As the driver observed my lights he left the roadway into the center median in an attempt to evade me. I went through the median and the vehicle continued fleeing with Trooper Boetel, Officer Enos, Officer Perry and I in pursuit. Brooks entered the median crossed over and began driving



Received Time Nov. 29. 9:38AM Print Time Nov. 29. 9:43AM

southbound in the northbound lane of Hwy. 77, placing innocent citizens lives in jeopardy. I went across the median, *terminated* pursuing Brooks and traveled approximately 50-75 yards behind him at 25-30 miles per hours in an attempt to make citizens aware of the oncoming vehicle. I estimated his speed at 65-75 mile per hour.

At 35E Brooks turned across all three northbound lanes of traffic and entered southbound 35E (traveling south). Trooper Boetel had taken the 35E ramp and was directly behind Brooks just east off Cedar. I authorized his continued pursuit of Brooks as a dangerous felon, and moreover, I had formed an opinion due to his driving conduct, past experience and the total disregard for the safety of others that Brooks was also under the influence of alcohol or a controlled substance. I have previous knowledge that Brooks is addicted to cocaine.

Brooks then lead Officers/Troopers/Deputies on a 60-mile pursuit with speeds as high as 110 miles per hour. The pursuit traveled through Dakota County, Scott County, Rice County and Steele County. Officers attempted on 5 or more occasions to utilize stop stick technology to bring the pursuit to a conclusion. Each time the sticks were placed in the roadway Brooks moved out of the lane that they had been set up in prior to hitting them. (***It was later learned that Brooks had a police scanner in his vehicle and was aware of the stop stick locations***).

Brooks driving confirmed my earlier opinion that he was under the influence of alcohol or a controlled substance. He weaved from lane to lane and his speed fluctuated from 110 to 55 then back to 110 miles per hour. In addition, it appeared Brooks was talking on his cell phone during most of this dangerous pursuit. Brooks had no regard for his safety, our safety or the safety of the motoring public. His average speed was probably 90-95 miles per hour weaving in and out of traffic. Just south of Lakeville Brooks vehicle blew its right rear tire. *He continued fleeing police at 90 miles per hour with the right rear tire gone and the vehicle operating on a metal rim.* Sparks were flying everywhere.

I radioed ahead requesting other Minnesota police agencies to block all of the ramps south of our location so that the motoring public would not be able to enter the interstate and Brooks would not be able to exit. This greatly minimized chances of injury to innocent citizens and allowed the police a better opportunity to stop Brooks.

Several times Troopers and Deputies totally surrounded Brook's vehicle in an attempt to "box" his vehicle and stop the pursuit, but it became apparent that Brooks would ram squads to continue his flight. I ordered troopers to back off of the boxing technique. Earlier, Brooks had almost struck Officer Perry's (BPD) squad when he first tried to escape.

Just north of Hwy. 14 in Owatonna two semis blocked Brooks attempt to run the shoulder. Brooks slowed way down in an attempt to get his 3 wheeled vehicle maneuvered from the shoulder to the left lane. Trooper Hayes pushed Brooks vehicle in to the center median. Trooper Boetel then tried to pin Brooks vehicle in the median. Brooks accelerated and shot out of the median back northbound on Hwy. 35W. Brooks lost control on the metal rim as he tried to escape and went into the right northbound



Received Time Nov. 29. 9:38AM Print Time Nov. 29. 9:43AM

ditch. Officers and troopers were not going to let him out of the ditch. Brooks was pinned up against the barbed wir eway fence by two Steele County Dep s and two Minnesota State Troopers. I pointed my shotgun directly at Brooks until I noticed that he was not armed. He looked at me with this *far away look in his eyes;* it didn't bother him at all that he was looking down the barrel of a shotgun. It was obvious he was under the influence of something.

I watched as he frantically slid into the passenger's seat, opened the door, climbed through the barbed wire fence (putting a 4-inch gash in his arm) and he began fleeing on foot. I grabbed hold of his hair in an attempt to stop him all the while screaming that he was under arrest and to stop. He continued running even though he had pulled some of his hair out of his head due to my grasp. Trooper Hayes then struck Brooks using a carotid blow, knocking him to the ground. Once on the ground I jumped on his back. I asked him if it was over and he said "yes."

I noticed that his pupils were constricted and he had that "far away look". I told him about the cut on his arm and I called for an ambulance. I asked him if he hurt anywhere and he told me that his right shoulder hurt. I asked him his name and he replied "Wes", I asked him if the Buick was his car and he said "yes". After the ambulance arrived I walked over to the Buick and in plain view I could see U.S. Currency, hypodermic needles and a white/yellow powder substance. I saw at least 5 hypodermic needles and concerned for officer safety, I asked Brooks if he was a diabetic or an addict. He replied that he was not diabetic. Brooks was transported under police escort to the Owatonna General Hospital and subsequently booked at the Dakota County Jail. <u>Brooks is being held on 4 felony warrants. Three for narcotics and one for assault.</u>

The Buick and four squads were stuck in the marshy area of the shoulder and two tow trucks were called. The Buick was towed by Sweet's tow to a secured area at the East Metro State Patrol Headquarters in Oakdale, MN. Due to darkness and the exposed hypodermic needles the inventory/incident to arrest/probable cause search of the vehicle was postponed until daybreak the following morning.

At 0645am, I began the inventory/incident to arrest/probable cause search of Brooks vehicle. I had to proceed cautiously as there were open hypodermic needles all over the interior of the vehicle. Two of the needles were located on the driver's floorboard and both still had fresh blood on them. It is my opinion from comments made from the doctor, Brooks physical condition and the bloody syringes that Brooks was shooting up during the pursuit. The emergency room doctor at Owatonna Hospital advised Cpl. Hayes that Brooks had cocaine in his system and he had to be given a counter medication to bring him down. In addition, I found a baggy filled with approximately ½ ounce of a white powdery substance and several pipes filled with burnt and unburned cocaine. On top of the white powdery substance was a hypodermic needle (exposed) containing approximately 2cc's of liquid. (From my training and experience this substance is either cocaine or methamphetamine). Pictures were taken as the evidence was being inventoried.

The interior of Brooks car was equipped with technology that I have found is common for persons that deal in the transportation and movement of narcotics. Found and seized, as evidence was a radar detector, a laser detector, a police scanner, night vision goggles, interstate and intrastate maps and atlas's, a book of police frequencies, laundry detergent,



Received Time Nov. 29. 9:38AM Print Time Nov. 29. 9:42AM

air fresheners, spotlights, t )electric razors and a cell phone. His vel ; was packed with his clothes (no female clothes), toiletries for men and snack food/drink for travel. It was obvious to the normal person that Brooks was just leaving on a trip. It was obvious to the trained police officer that Brooks was leaving on a trip to procure illegal narcotics.

The total of the currency found in the armrest and strewn about the driver and passenger side of the vehicles was $1,870.00 in cash. In addition, approximately 10 hotel room keys were located in the vehicle and this is also concurrent with the lifestyle of a drug dealer. In totality more than 25 different types of narcotics paraphernalia was confiscated within the vehicle. I personally field tested 5 of them i.e. pipes, powder and saucepans with a positive presence of cocaine. (See evidence log addendum for complete list).

A search of the trunk revealed two overnight bags with clothes belonging to Brooks. In one of the suitcases was a white canvas bag containing **an illegal UZI submachine gun.** The UZI was loaded with a full clip. (A trooper with military experience cleared the weapon). Located in the same canvas bag was a 9mm handgun and gun cleaning tools. **It should be noted that the suitcases also contained documents in Brook's name, too wit, letters from his girlfriends** *One of the letters cautions Brooks to stay one step ahead of the system so that the system doesn't put him away.* Moreover, I personally know that Brooks was convicted in the past of a drive-by shooting and felony narcotics charges. Brooks is a convicted felon in possession of two weapons, one being an illegal mass assault weapon. The trunk also contained narcotics equipment such as saucepans, butane, propane, and cooking items. These items are used to cook cocaine or methamphetamine resulting in purification or liquification for intravenous administration into the system. All of these items were confiscated as evidence. The weapons will go to the ATF for processing and the narcotics have been sent to the lab for analysis. (Many of the items that were confiscated resemble those seized from him in a State Patrol pursuit in Washington County in early 1999).

As I looked further through the vehicle, I noticed that the door panels had been altered. Silver tape was placed over the top of driver's door and screws were missing from the passenger door panel. From my training and experience the taping of the top of the door panel is a common maneuver used by drug dealers to seal out moisture from narcotics or currency that are hidden in the door. Secondly, I noticed some type of unknown box attached to the left upper portion of the trunk. I could not readily explain its use.

In order to investigate all three of the area's, screws etc. would have to be removed. Trooper ceased search at this point to request a search warrant from the Washington County District Court to remove the door panels and rear seat/trunk area of the motor vehicle. Trooper has probable cause from his training and experience to believe that narcotics or the proceeds from narcotics are hidden in the aforementioned areas.



Received Time Nov. 29. 9:38AM Print Time Nov. 29. 9:42AM

*Trooper requests review and possible complaint issuance for the following:*

- *Felony possession of narcotics*
- *Felony possession of a police scanner during a felony*
- *Felony flee from police*
- *Felony possession of a prohibited assault weapon*
- *Felon in possession of a weapon*
- *GM drive while under the influence, enhanced/aggravated/cancel IMP*

______________________ ____________

Trooper Date

# EXHIBIT H

# Steele County Sheriff's Department

[] Misc. Report
[x] Investigation Report
[] Supplement
[] Other ___________
Approved by ___________

Owatonna Minnesota 55060

REPORT OF INVESTIGATION

| ICR | Offense | MN Offense |
|---|---|---|
| 99011008 | Pursuit | |

| TWP & Section | Date and Time of Incident | Submitted by |
|---|---|---|
| Medford/Clinton Falls | 11-24-99 1530 | Schwanke 7411 |

| Reported by | Date and Time |
|---|---|
| MN State Patrol | 11-24-99 1530 |

On 11-24-99 at approximately 1515, I was on Hwy 218 near Bixby, MN. I heard State Patrol radio traffic stating that State Patrol units were in pursuit of a car, MN license ADC584, a 1993 red Buick Riviera, registered owner Rochelle Maria Johnson, 12900 Fairfield Rd. Minnetonka, MN 55305, south bound on I-35 somewhere south of Burnsville, MN. The Buick was driven by Wesley Eugene Brooks, DOB 11-01-72, 2546 Flandreau Tr. Prior Lake, MN 55372. Brooks had fled Burnsville Police after they had tried to arrest him on Felony warrants.

I radioed Deputies Bill Youngquist 7408 and Mary Radel 7410, who were also on Hwy 218. I asked if they had copied the pursuit traffic and told them to drive towards I-35. I told Steele County dispatch to put Gold Cross ambulance on standby and to notify Sheriff Hildebrandt of the pursuit. When I reached I-35, the pursuit had entered Rice County, still south bound, at speeds of 90-100 mph. I activated my red lights and siren and drove north towards Medford. I also turned on my audio cassette recorder to record the pursuit.

I told Radel 7410, to set up stop sticks on I-35 near Cabela's, where she had taken up position. I requested Owatonna Officer Willie Goodsell 7108 assist her. I told dispatch to go 10-33 emergency traffic only. Pursuing squads requested the exits in Steele County be blocked to prevent the suspect from exiting the freeway. I did not have stop sticks, so I blocked the Medford south bound exit with my squad. Radio traffic indicated the suspect was driving on three tires still at speeds of 90-100mph.

The Buick and pursuing squads passed the Medford exit at a high rate of speed. I fell in approximately 1/2 mile behind the pursuing squads to keep traffic away from the pursuit, with my lights and siren activated. I checked with dispatch again to make sure Gold Cross ambulance was standing by.

Owatonna Police and Steele County squads had blocked off the Clinton falls and Hwy 14 exits.

Just north of the Heritage Halls Museum, Brooks turned the Buick into the median. I saw a State Patrol squad attempt to stop him by making contact with the

2