**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

*Wesley Eugene Brooks,*
Petitioner,

v.

*United States of America,*
Respondent

**CERTIFICATE OF SERVICE**

Case No.: 00-68(1) (ADM/AJB)

I hereby certify that on 11/9/04, I caused the following documents:

Motion to Reconsider and Memorandum in Support

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael W. Ward
US Attorney
600 US Courthouse
300 4th St S
Minneapolis, MN 55415
(612) 664-5600
mike.ward@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated:__November 9______, 2004

**s/ Naomi Howland**
Naomi Howland