UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-68(ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| WESLEY EUGENE BROOKS, Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-68(ADM/AJB)

Defendant Name

Wesley Eugene Brooks

Remove AUSA

Paul A. Murphy

Add AUSA

Michael W. Ward

THOMAS B. HEFFELFINGER
United States Attorney

s/ Paul A. Murphy
BY: PAUL A. MURPHY
Assistant U.S. Attorney
Attorney ID No. 154325