**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY EUGENE BROOKS<br><br>Defendant. | ) | Criminal No. 00-68 ADM<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mark D. Larsen, Michael O. Freeman and Lindquist & Vennum P.L.L.P. hereby enters their appearance as counsel for Defendant Wesley Eugene Brooks.

Dated: February 7, 2005

**s/Mark D. Larsen**
Mark D. Larsen (318498)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-3515
(612) 371-3207 (FAX)

**s/Michael O. Freeman**
Michael O. Freeman (0031860)
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-3982
(612) 371-3207 (FAX)