**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

*United States vs. Wesley Eugene Brooks*
**CR 00-68 ADM**

I hereby certify that on February 7, 2005, I caused the following document:

**Notice of Appearance**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael W. Ward

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: February 7, 2005

**s/Mark D. Larsen**
Mark D. Larsen
Bar Number 318498
Lindquist & Vennum P.L.L.P.
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402-2274
(612) 371-3515
(612) 371-3207 (FAX)