**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY EUGENE BROOKS,<br><br>Defendant. | CR 00-68 ADM<br><br>**DEFENDANT'S MOTION FOR RECOMMENDATION FOR PLACEMENT AT BOP FEDERAL CORRECTIONAL INSTITUTION AT WASECA, MINNESOTA, OR FEDERAL PRISON CAMP AT SANDSTONE, MINNESOTA** |

Defendant, Wesley Eugene Brooks, appearing through his attorneys of record, Michael O. Freeman and Mark D. Larsen, hereby respectfully moves this Court for a recommendation that Mr. Brooks serve the custodial component of his federal sentence at the Bureau of Prisons Federal Correctional Institution at Waseca, Minnesota, or the Federal Prison Camp at Sandstone, Minnesota, subject to transitional half-way house or community placement at the discretion of the Bureau of Prisons. In support of this motion, Mr. Brooks offers the following information for the Court's consideration:

1. On June 23, 2000, this Court sentenced Mr. Brooks to, among other things, 78 months in the custody of the Bureau of Prisons, a fine of $60,000, and three years of supervised release, which is to include drug and alcohol treatment at the direction of the probation officer. Clerk's Record ("C. R.") 8. The $60,000 fine was satisfied on September 6, 2000. C.R. 10. On September 17, 2000, the Court clarified that the 78-month sentence "shall be served concurrently with the sentence imposed by the state which defendant is now serving." C.R. 12.

2. Mr. Brooks is scheduled to be released by the Minnesota Department of Corrections on March 7, 2005. His federal sentence will run 138 days later, on July 23, 2005.

The Bureau of Prisons could determine that Mr. Brooks is to serve a portion of his custodial sentence at a transitional half-way house or other placement in the community.

3. The Federal Bureau of Prisons offers comprehensive substance abuse treatment programs at the Federal Correctional Institution located at Waseca, Minnesota, and at the Federal Prison Camp located at Sandstone, Minnesota. Although Mr. Brooks likely will not be in federal custody long enough to participate in BOP's nine-month long Residential Drug Abuse Treatment program, the Waseca and the Sandstone facilities also offer non-residential treatment, and they both facilitate treatment for inmates engaged in the transition from in-custody status to release and supervision.

Based upon the foregoing, Mr. Brooks respectfully seeks the Court's recommendation that he serve the short remaining in-custody term of his federal sentence at FCI Waseca or FPC Sandstone.

DATED: February 7, 2005

Respectfully submitted,

**s/Michael O. Freeman**
Michael O. Freeman (0031860)
**s/Mark D. Larsen**
Mark D. Larsen (318498)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (FAX)

Attorneys for Defendant
WESLEY EUGUNE BROOKS