**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

*United States vs. Wesley Eugene Brooks*
**CR 00-68 ADM**

I hereby certify that on February 7, 2005, I caused the following documents:

**Motion for Recommendation for Placement at BOP Federal Correctional Institution at Waseca, Minnesota, or Federal Prison Camp at Sandstone, Minnesota**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Michael W. Ward**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants: N/A

I further certify that I caused the proposed recommendation to be filed with the court via e-mail to the following Judge who is hearing the motion:

Judge Ann D. Montgomery

and I further certify that I caused a copy of the proposed recommendation to be mailed by first class mail, postage paid, as noted below, to the following

**Michael W. Ward**

Dated: February 7, 2005

**s/Mark D. Larsen**
Mark D. Larsen (#318498)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Phone: (612) 371-3515
Fax: (612) 371-3207

**ATTORNEYS FOR DEFENDANT WESLEY EUGENE BROOKS**