**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Plaintiff,

vs.

WESLEY EUGENE BROOKS, Defendant.

CR 00-68 ADM

**RECOMMENDATION**

---

On this date, the Motion by defendant Wesley Eugene Brooks for Recommendation for Placement at BOP Federal Correctional Institution at Waseca, Minnesota or Federal Correctional Institution at Sandstone, Minnesota, came on before the Court. Based upon the Court's review of this matter, the Court recommends to the Federal Bureau of Prisons that defendant Wesley Eugene Brooks serve the custodial component remaining on his federal sentence at the Bureau of Prisons Federal Correctional Institution at Waseca, Minnesota, or the Federal Correctional Institution at Sandstone, Minnesota, subject to transitional halfway house or other community placement at the discretion of the Bureau of Prisons.

DATED: February 11, 2005

s/Ann D. Montgomery
ANN D. MONTGOMERY
United States District Judge