PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Wesley Eugene Brooks**

**Docket No. 0:00CR00068-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Wesley Eugene Brooks** who was sentenced for Felon in Possession of a Firearm on June 23, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices or other dangerous weapons.
- Alcohol abstinence/No bars.
- Drug aftercare.
- Mandatory drug testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #2: The defendant shall abstain from the use of alcohol and other intoxicants and shall not frequent places whose primary business is the sale of alcoholic beverages.

On September 23, 2005, Mr. Brooks was booked and released by the Scott County, Minnesota, Sheriff's Department for the offenses of Careless Driving (Excessive Speed) and a "B-Card" Driver's License Violation for Use of Alcohol.

SPECIAL CONDITION #3: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On September 21, 2005, Mr. Brooks failed to report for a scheduled drug test.

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 24 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 30th day of September, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on September 29, 2005
Place Minneapolis

c: United States Sentencing Commission