Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Wesley Eugene Brooks

Docket No. 0:00CR00068-001(ADM)

## HEARING WAIVER

I, Wesley Eugene Brooks, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as approved by the probation officer.

Signed: [signature]

Wesley Eugene Brooks
Supervised Releasee

Dated: 9-26-05

Witness: [signature]

SCANNED
SEP 30 2005
U.S. DISTRICT COURT MPLS