PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
OCT 14 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**United States v. Wesley Eugene Brooks**

**Docket No. 0:00CR00068-001(ADM)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Wesley Eugene Brooks** who was sentenced for Felon in Possession of a Firearm on June 23, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No firearms, destructive devices or other dangerous weapons.
- Abstain from alcohol and do not frequent places whose primary business is sale of alcohol.
- Drug and alcohol aftercare/testing.
- Mandatory drug testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On October 8, 2005, Mr. Brooks was arrested by Eagan, Minnesota, police for the offense of Driving Under the Influence.

SPECIAL CONDITION #2: The defendant shall abstain from the use of alcohol and other intoxicants and shall not frequent places whose primary business is the sale of alcoholic beverages.

Mr. Brooks admitted he had been out drinking with a friend the evening he was arrested for Driving Under the Influence.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9 p.m. until 6 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 14th day of October, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on October 13, 2005
Place Minneapolis

c: United States Sentencing Commission