Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Wesley Eugene Brooks

Docket No. 0:00CR00068-001(ADM)

## HEARING WAIVER

I, Wesley Eugene Brooks, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed:

Wesley Eugene Brooks

Witness:

Dated: 10-12-05

SCANNED
OCT 17 2005
U.S. DISTRICT COURT ST. PAUL