PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
06 MAR 23 PM 2:38
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Wesley Eugene Brooks**

**Docket No. 0:00CR00068-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Wesley Eugene Brooks** who was sentenced for Felon in Possession of a Firearm on June 23, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold; participate in drug/alcohol treatment program; no mandatory drug testing; and no firearms, dangerous weapons

24 hours of community service (modified on September 30, 2005)

60 days remote alcohol monitoring program (modified on October 14, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 16, 2006, Mr. Brooks was cited for Driving After Cancellation. The matter is pending, He admitted to this officer that he was driving and aware his driver's license was invalid.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 23 day of March, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer

Executed on March 22, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
MAR 23 2006
U.S. DISTRICT COURT MPLS