Prob 49

RECEIVED
06 MAR 23 PM 2:38
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Wesley Eugene Brooks

Docket No. 0:00CR00068-001

## HEARING WAIVER

I, Wesley Eugene Brooks, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]

Wesley Eugene Brooks
Supervised Releasee

Dated: 3-16-06

Witness: [signature]