PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

AUG 28 2006

CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Wesley Eugene Brooks**

**Docket No. 0:00CR00068-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Wesley Eugene Brooks** who was sentenced for Felon in Possession of a Firearms on June 23, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold, participate in drug/alcohol treatment program, and mandatory drug testing

24 hours community service (modified on September 30, 2005)
60 days remote alcohol monitoring program (modified on October 14, 2005)
30 days community confinement (modified on March 23, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Brooks violated the conditions of supervised release based on the following:** On July 9, 2006, Mr. Brooks was cited for Driving After Cancellation. Although the case is still pending, he admitted his guilt to this officer. In addition, Mr. Brooks failed to submit to drug testing on August 12, 2006.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 28th day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on August 22, 2006
Place Minneapolis

SCANNED
AUG 28 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission