Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Wesley Eugene Brooks

Docket No. 0:00CR00068-001

**HEARING WAIVER**

I, Wesley Eugene Brooks, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]

Wesley Eugene Brooks
Supervised Releasee

Dated: 8-19-06

Witness: [signature]

SCANNED
AUG 28 2006
U.S. DISTRICT COURT MPLS