PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
DEC 5 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Wesley Eugene Brooks**

**Docket No. 0:00CR00068-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Wesley Eugene Brooks** who was sentenced for Felon in Possession of a Firearm on June 23, 2000, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishment where alcohol is sold, participate in drug/alcohol treatment program, and mandatory drug testing

Prior violation reports submitted:

- 24 hours community service (modified on September 30, 2005, use of alcohol and traffic offense)
- 60 days remote alcohol monitoring program (modified on October 14, 2005, use of alcohol and traffic offense)
- 30 days community confinement (modified on March 23, 2006, new traffic offense)
- 60 days community confinement (modified August 28, 2006, new traffic offense)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION # 3: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

Mr. Brooks failed to appear for drug testing on November 4, 2006.

SCANNED
DEC 0 5 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified by rescinding the modification ordering 60 days at the community corrections center and replacing it with the following: The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 6th day of December, 2006, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on December 4, 2006
Place Minneapolis

c: United States Sentencing Commission