Prob 49

RECEIVED
DEC 5 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Wesley Eugene Brooks

Docket No. 0:00CR000068-001(ADM)

# HEARING WAIVER

I, Wesley Eugene Brooks, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]

Wesley Eugene Brooks
Supervised Releasee

Dated: 12-4-06

Witness: [signature]

SCANNED
DEC 05 2006
U.S. DISTRICT COURT MPLS