UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-68 (ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| WESLEY EUGENE BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-68 (ADM)

Defendant Name

Wesley Eugene Brooks

Remove AUSA

Jeffrey S. Paulsen

Add AUSA

Tracy L. Perzel

Dated: April 16, 2007

RACHEL K. PAULOSE
United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332