**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 00-68 (ADM/AJB) |
| | ) | Date: October 11, 2007 |
| WESLY EUGENE BROOKS, | ) | Court Reporter: NA |
| | ) | Tape Number: 141/2305-3381 |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | ) | Time Concluded: 1:55 p.m. |
| | ) | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: Caroline Durham, Assistant Federal Public Defender, on standby. Defendant states he has/or will be retaining F. Clayton Tyler

Interpreter / Language: None/English

Date Charges Filed: 4/12/07 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

Next appearance date is 10/15/07 at 11:30 a.m. before U.S. Magistrate Judge Janie S. Mayeron, Mpls. 8E for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

s/KH
Judicial Assistant