**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: SUSAN R. NELSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-68 (ADM/AJB) |
| | ) | Date: October 15, 2007 |
| WESLEY EUGENE BROOKS, | ) | Court Reporter: NA |
| | ) | Tape Number: 143-1662/2089 |
| Defendant. | ) | Time Commenced: 3:40 p.m. |
| | ) | Time Concluded: 3:45 p.m. |
| | ) | Time in Court: 5 Minutes |

☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: F. Clayton Tyler, Esq. and Sam McLeod, Esq.

Interpreter / Language: None/English

On Violation of Supervised Release

☒ Preliminary Revocation Hearing Waived

☒ Defendant Ordered Detained - Government to submit proposed Order

☒ Final Revocation Hearing scheduled with Judge Ann D. Montgomery on October 30,2007 at 1:30 p.m.

s/KH
Judicial Assistant