UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-68 (ADM/AJB)

UNITED STATES AMERICA )
)
Plaintiff, )
)
vs. ) **NOTICE OF APPEARANCE**
)
WESLY EUGENE BROOKS )
)
Defendant. )

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that F. Clayton Tyler, P.A., shall appear as counsel of record for Defendant, Wesly Eugene Brooks in this case.

**F. CLAYTON TYLER, P.A.**

Dated: October 18, 2007

s/F. Clayton Tyler

F. Clayton Tyler (11151X)
Attorney for Defendant
230 Tri Tech Office Center
331 Second Avenue South
Minneapolis, MN 55401
(612) 333-7309