UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-68 (ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>WESLY EUGENE BROOKS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DEFENDANT'S MOTION FOR A ONE-DAY FURLOUGH** |

The defendant, Wesly Eugene Brooks, by and through his attorney, F. Clayton Tyler, respectfully moves the Court for an Order granting him a one-day furlough from the Sherburne County Jail to travel to the Tribal Community Center in Shakopee, Minnesota, to pick up his per capital check in person.

This Motion is based upon the Affidavit of Counsel, files, records and proceedings herein.

**F. CLAYTON TYLER, P.A.**

Dated: October 18, 2007

s/F. Clayton Tyler

F. Clayton Tyler (11151X)
Attorney for Defendant
230 Tri Tech Office Center
331 Second Avenue South
Minneapolis, MN 55401
(612) 333-7309