UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-68 (ADM/AJB)

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**AFFIDAVIT OF COUNSEL**

WESLY EUGENE BROOKS,

Defendant.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

F. Clayton Tyler, being first duly sworn upon oath, deposes and states as follows:

1. That I am one of the attorneys representing Wesly Brooks in the above-entitled matter.

2. That Mr. Brooks is currently scheduled for a revocation hearing on October 30, 2007, before the Honorable Ann. D. Montgomery.

3. That Mr. Brooks is currently a registered member of the Mdewakanton Sioux Tribe in Prior Lake, Minnesota.

4. That as a registered Tribal Member he is entitled to monthly per capital payment which is his only source of income.

5. Presently, Mr. Brooks has been incarcerated in excess of five months pending this revocation hearing coupled with the events that led up to the necessity for this revocation

hearing.

6. That Mr. Brooks anticipates that this Court will imprison Mr. Brooks for violation of the revocation conditions of his special parole.

7. That this Affidavit is made in support of obtaining a one-day furlough pending the October 30, 2007 hearing.

8. Mr. Brooks has been informed that the Mdewakanton Sioux Tribe recently passed legislation that allows any Member who has been continuously incarcerated for 24 consecutive months to be stricken from the Tribal Rolls.

9. That if Mr. Brooks is stricken from t he Tribal Rolls he will lose his only source of income, including his house, and all of he assets he as acquired over the last 15-plus years.

10. On information and belief, if Mr. Brooks is allowed to go to the Tribal Community Center in person and pick up his per capital check his time will begin running anew.

11. That based upon representation from Sam McCloud (Mr. Brook's State court attorney), Mr. Brooks has bailed out of all of his pending State court matters.

12. That his current bail for all of his State court cases is less than $25,000.

13. That Judge Magistrate Susan R. Nelson gave leave for this Court to decide the issue of a one-day furlough.

14. That Mr. Brooks is willing to sign a Signature Bond of $1,000,000, in addition

to whatever other conditions the Court will impose.

15. That Mr. Brooks is also willing to post a reasonable cash bail for this one-day furlough.

16. That attorney Sam McCloud has also agreed to take personal responsibility for Mr. Brooks during the 24-hour furlough period and assures the Court that he will personally bring Mr. Brooks back into custody at the time designated by the Court.

FURTHER AFFIANT SAITH NOT.

_s/F. Clayton Tyler_____
F. Clayton Tyler, Esq.

Subscribed and sworn to before me
this 18th day of October, 2007.

_____s/Notary Public___________
Notary Public