A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
OCT 17 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741-0412-0721-D

CASE NUMBER: **CR 00-68 ADM/AJB**

Wesly Eugene Brooks

2007 APR 13 P 3:58

US MARSHALS SERVICE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Wesly Eugene Brooks

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Stacey E. Kulevich

April 12, 2007 at Minneapolis, MN

(By) Stacey E. Kulevich, Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________________ ______________________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 10-11-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lamunta

SCANNED
OCT 19 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

08/04