UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-68 (ADM/AJB)

UNITED STATES AMERICA )
)
Plaintiff, )
)
vs. ) **DEFENDANT'S MOTION FOR CREDIT FOR TIME SERVED**
)
WESLEY EUGENE BROOKS )
)
Defendant. )

---

The defendant, Wesley Eugene Brooks, by and through his attorney, F. Clayton Tyler, respectfully moves the Court for an Order granting him credit for time served.

This Motion is based upon the Memorandum of Law in Support of Motion for Credit for Time Served and all the files, records and proceedings herein.

**F. CLAYTON TYLER, P.A.**

Dated: November 8, 2007

s/F. Clayton Tyler

F. Clayton Tyler (11151X)
Attorney for Defendant
230 Tri Tech Office Center
331 Second Avenue South
Minneapolis, MN 55401
(612) 333-7309