CERTIFICATE OF COMPLIANCE

I hereby certify that my Word 2003 software counted 1,920 words in the Memorandum.

s/F. Clayton Tyler
F. Clayton Tyler