# EXHIBIT INDEX

| | |
|---|---|
| **A** | **Sentencing Transcript from June 23, 2000** |
| **B** | **Chapter 7 of the Violation of Probation and Supervised Release** |