**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 00-06 (ADM/AJB)**

United States of America,

Plaintiff(s)

v.

Wesly Eugene Brooks,

Defendant(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2007, I caused the following documents:

Memorandum of Law

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael O Freeman michael.freeman@co.hennepin.mn.us
Mark D. Larsen mlarsen@lindquist.com
Tracy L. Perzel tracy.1.perzel@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: November 8, 2007.

s/F. Clayton Tyler
F. Clayton Tyler