**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

WESLEY EUGENE BROOKS,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Motngomery
U.S. District Judge

Case No: 00-68 ADM/AJB
Date: November 9, 2007
Court Reporter: Tim Willette
Time Commenced: 2:05 p.m.
Time Concluded: 2:25 p.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: F. Clayton Tyler

## PROCEEDINGS:

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.

Defendant is sentenced to: 24 months in the custody of the BOP.

Defendant's motion for a furlough is denied; defendant's motion for credit for time served. Defendant will only be given credit for time served from October 11, 2007.

9 Written order to be issued.

s/Gertie Simon
Courtroom Deputy