# UNITED STATES DISTRICT COURT

## District of Minnesota

## NOTICE OF APPEAL

**USCA 8 NO** ______________

| | | |
|---|---|---|
| United States of America<br>Plaintiff | Number | 00-68 ADM/AJB<br>District Court Docket |
| vs<br>Wesley Eugene Brooks<br>Defendant | | Montgomery<br>District Court Judge |

Notice is given that Defendant appeals to the United States Court of Appeals for the Eighth Circuit from the **Order (Remanding Defendant to custody of U.S. Marshall; sentencing Defendant to 24 months in the custody of the BOP; and denying Defendant's motions for furlough and credit for time served)** entered in this action on November 16, 2007

| | |
|---|---|
| Signature of Defendant's Counsel | F. Clayton Tyler<br>( 11151X ) |
| 331 Second Avenue South, #230<br>Minneapolis, MN 55401 | (612) 333-7309 |
| City State Zip | Date: November 19, 2007 |

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

9 Please Prepare a transcript of:

- 9 Pre-trial proceedings
- 9 Testimony or
- 9 Portions thereof ______________
- 9 Sentencing
- 9 Post Trial Proceedings
- x 9 **Other (Specify)** **Revocation Proceeding**

9 I am not ordering a transcript because

- 9 Previously filed
- 9 Other (Specify) ______________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment __X__Funds, ______ CJA Form 24 completed

Attorney's Signature ______________ Date 11/19/07

**INFORMATION SHEET**
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

1. Defendant's Address : **ADDRESS REDACTED**
**ADDRESS REDACTED**

2. Date of Sentence: 11/16/07 9 Jury X 9 **Non-Jury**

Offenses: N/A—revocation proceeding

Trial Testimony - Number of days N/A Bail Status:

3. Sentence and Date Imposed: 78 months and $60,000 on June 23, 2000

4. Appealing: **Sentence/ Order of 11/16/07** X Conviction 9 Both 9

Challenging: 9 Application of Sentencing Guidelines
9 Constitutionality of Guidelines
X 9 Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: N/A

Stenographer in Charge : Tim Willette

(Name, Address, Phone) 300 South Fourth Street.
Minneapolis, MN 55415
(612) 664-5090

6. Trial Counsel Was: Gary Bryant Wolf Revocation Hearing Counsel: F. Clayton Tyler 9 Appointed (no fee required) X **Retained (filing fee $455 unless IFP granted)**

Does Defendant's financial status warrant appointment of counsel on appeal?

9 Yes X **No**

Affidavit of Financial Status filed:

Is there any reason why trial counsel should not be appointed as counsel on appeal?

9 Yes X **No**

7. Assistant US Attorney Name and Phone Number: Tracy Perzel (612) 664-5600

**Court Reporter Acknowledgment**

Date Order Received | Estimated Completion Date | Est. Number of Pages

Court Reporter Signature | Date