**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Criminal No. 00-06 (ADM/AJB)**

United States of America,

Plaintiff(s)

v.

Wesley Eugene Brooks,

Defendant(s)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I caused the following documents:

Notice of Appeal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Tracy L. Perzel tracy.1.perzel@usdoj.gov

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: November 19, 2007.

s/F. Clayton Tyler
F. Clayton Tyler