# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Wesley Eugene Brooks CR 00-68 ADM/AJB
2. Defendant and Address: Reg No. 09380-041
   Sherburne County Jail
   13880 Highway 10
   Elk River MN 55330
3. Date of verdict: (x) N/A
4. Appealing: (x) This is an Appeal from the Sentencing on a Supervised Release Violation. Also, appealing the oral Order by Judge Ann D. Montgomery on 11/9/07, denying defendant's motions for furlough and credit for time served, see minutes, document number 42.
5. Sentence: Custody of BOP for months, yrs supervised released, spec assmt of $
6. Date sentence imposed:
7. Defendant incarcerated? Yes
8. Financial Status: Fee paid? (x) Will be paid today 11/21/07, per Mr. Tyler's assistant.
9. Notice of Appeal was filed on 11/19/07
10. Court Reporter: Tim Willette
11. Trial Counsel: F Clayton Tyler
    F Clayton Tyler, PA
    331 2nd Ave S Ste 230
    Mpls, MN 55401
    612-333-7309
    Fax: 612-333-5919
    Email: fctyler@fctyler.com
12. Trial counsel was: (x) Retained

    Is there any reason why trial counsel should not be appointed on appeal? (x) no
13. Assistant U.S. Attorney: Tracy L. Perzel PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:
15. Additional Comments:

Prepared by: leg