Court Name: US District Court Minnesota
Division: 4
Receipt Number: 44641017814
Cashier ID: llewis
Transaction Date: 11/21/2007
Payer Name: F CLAYTON TYLER

---

NOTICE OF APPEAL/DOCKETING FEE
For: F CLAYTON TYLER
Case/Party: D-MNX-0-00-CR-000068-001
Amount: $455.00

---

CHECK
Check/Money Order Num: 4500
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

ADM/AJB

SCANNED
NOV 26 2007
U.S. DISTRICT COURT ST. PAUL