UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-68 (ADM/AJB)

UNITED STATES AMERICA )
)
Plaintiff, )
)
vs. )
)
WESLEY EUGENE BROOKS )
)
Defendant. )

**DEFENDANT'S MOTION TO STAY IN MINNESOTA**

The defendant, Wesley Eugene Brooks, by and through his attorney, F. Clayton Tyler, respectfully moves the Court for an Order allowing him to serve his time in the Sherburne County Jail pending the Appeal of his special parole sentence.

This Motion is based upon the Affidavit of Counsel, all the files, records and proceedings herein.

**F. CLAYTON TYLER, P.A.**

Dated: November 27, 2007

s/F. Clayton Tyler
F. Clayton Tyler (11151X)
Attorney for Defendant
230 Tri Tech Office Center
331 Second Avenue South
Minneapolis, MN 55401
(612) 333-7309