UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-68 (ADM/AJB)

UNITED STATES OF AMERICA,

Plaintiff,

vs. **AFFIDAVIT OF COUNSEL**

WESLY EUGENE BROOKS,

Defendant.

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

F. Clayton Tyler, being first duly sworn upon oath, deposes and states as follows:

1. That I am one of the attorneys representing Wesley Brooks in the above-entitled matter.

2. That I make this Affidavit in support of my motion to have Defendant Wesley Brooks remain in the Sherburne County Jail pending the outcome of his appeal.

3. That an Order revoking Defendant's special parole was entered on November 16, 2007.

4. That an Appeal was filed on November 19, 2007.

5. That Defendant Brooks has been very helpful in providing pertinent information to Affiant prior to his revocation hearing.

6. That since Defendant's revocation hearing, Affiant has met with Defendant Brooks at the Sherburne County Jail on a regular basis to discuss various legal strategies for Brooks' appeal.

7. That a permanent long-distance placement of Defendant by the BOP will adversely affect the prompt handling of Defendant's appeal.

8. That in addition to Defendant's Federal Court appeal, Defendant is presently going through a very contested divorce in Prior Lake, Minnesota.

9. Additionally, Defendant has a number of State court matters that are presently in the process of being resolved.

FURTHER AFFIANT SAITH NOT.

F. Clayton Tyler, Esq.

Subscribed and sworn to before me
this 26 day of Nov, 2007.

Notary Public

DEBORAH L ROWAN
Notary Public
Minnesota
My Commission Expires January 31, 2010