UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 00-68 ADM/AJB

WESLEY EUGENE BROOKS,

Defendant.

---

The above-titled matter is before the Court on Defendant's Motion To Stay in Minnesota.

On November 9, 2007, the Court found the Defendant to be in violation of the conditions of his supervised release and sentenced him to serve 24 months. Where Defendant serves his sentence is within the jurisdiction of the Bureau of Prisons. This Court will not intervene in the designation process. There are no issues raised in the appeal that require the assistance of Defendant. The Defendant admitted the violation and only legal issues remain.

Accordingly, Defendant's Motion to Stay In Minnesota is DENIED.

Dated: December 6, 2007

s/Ann D. Montgomery

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT