# UNITED STATES DISTRICT COURT
## District of Minnesota

Copy

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

**Date:** December 11, 2007

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Grzybek, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **07-3666**

**District Court Number:** CR 00-68 ADM/AJB **Wesly Eugene Brooks**

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

RECEIVED
DEC 1 1 2007
U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

Returned to District Court

Date:

By:

RECEIVED
2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

criminal\appealtransmittalsheet.frm

SCANNED
DEC 13 2007
U.S. DISTRICT COURT ST. PAUL

Form Modified 06/19/04

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 07-3666

vs.

Wesley Eugene Brooks — Criminal No. CR 00-68 ADM/AJB

RECEIVED

DEC 1 1 2007

U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

Date delivered to U.S.C.A.: December 11, 2007

Prepared by: mg

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Wesly Eugene Brooks**

U.S.C.A. #: 07-3666
District Court #: Criminal CR 00-68 ADM/AJB

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 3/22/00 | 1-2 |
| 2. | SECOND AMENDED SENTENCING JUDGMENT | 9/21/01 | 3-9 |
| 3. | PETITION AND ORDER BY JUDGE MONTGOMERY RE: VIOLATION OF SUPERVISED RELEASE | 4/12/07 | 10-13 |
| 4. | AMENDED PETITION AND ORDER BY JUDGE MONTGOMERY RE: VIOLATION OF SUPERVISED RELEASE | 5/22/07 | 14-15 |
| 5. | SENTENCING JUDGMENT ON VIOLATION OF SUPERVISED RELEASE | 11/16/07 | 16-17 |
| 6. | NOTICE OF APPEAL | 11/19/07 | 18-19 |
| 7. | DOCKET SHEET | | 20-28 |