# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3666

United States,

Plaintiff - Appellee

v.

Wesley Eugene Brooks,

Defendant - Appellant

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00068-ADM-1)

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

January 29, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans