# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-3666

United States,

Appellee

v.

Wesley Eugene Brooks,

Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:00-cr-00068-ADM-1)

---

## MANDATE

In accordance with the judgment of January 29, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 29, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit